**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>MITEK SYSTEMS, INC., JPMORGAN CHASE & Co. and JPMORGAN CHASE BANK, N.A.<br><br>Defendants. | § | Case 1:14-cv-00617-SLR<br><br>JURY TRIAL DEMANDED |
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., AND MITEK SYSTEMS, INC.<br><br>Defendants. | § | Case 1:14-cv-01142-SLR<br><br>JURY TRIAL DEMANDED |
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP INC., CITIBANK, N.A. AND MITEK SYSTEMS, INC.<br><br>Defendants. | § | Case 1:14-cv-01143-SLR<br><br>JURY TRIAL DEMANDED |

| | | |
|---|---|---|
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A. and MITEK SYSTEMS, INC.<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case 1:14-cv-01144-SLR<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF ANDREW M. HOWARD IN SUPPORT OF PLAINTIFF RMII'S OPPOSITION TO DEFENDANTS' MOTIONS TO SEVER, STAY, AND TRANSFER**

I, Andrew M. Howard, hereby declare as follows:

1. I am an attorney with Shore Chan DePumpo LLP, and counsel of record for Rothschild Mobile Imaging Innovations, LLC, ("RMII") in the above-captioned action. I am over the age of 21 years, and am competent to make this declaration. All of the statements set forth herein are true and correct and are based on my personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of a webpage entitled *Banks Make Smartphone Connection* downloaded from http://online.wsj.com/articles/SB10001424127887323511804578298192585478794 on December 6, 2014.

3. Attached hereto as **Exhibit B** is a true and correct copy of a webpage entitled *Mobile users deposit more than $40B in checks via smartphones, tablets: Mitek*, downloaded from https://www.mobilecommercedaily.com/mobile-users-deposit-over-40-billion-in-checks-via-mobile-mitek on December 6, 2014.

4. Attached hereto as **Exhibit C** is a true and correct copy of a webpage entitled *Why Mitek? Camera as a Keyboard*, downloaded from http://www.miteksystems.com/print/why-mitek on December 4, 2014.

5. Attached hereto as **Exhibit D** is a true and correct copy of a webpage entitled *Mitek Mobile Deposit Integration Options*, downloaded from http://www.miteksystems.com/solutions/banking/mobile-deposit/integration-options on December 6, 2014.

6. Attached hereto as **Exhibit E** is a true and correct copy of a webpage entitled *Mitek Mobile Imaging Platform*, downloaded from https://developers.miteksystems.com/platform on December 6, 2014.

7. Attached hereto as **Exhibit F** is a true and correct copy of a webpage entitled *The Secrets to Chase's Mobile Success: Exclusive Q&A With SVP Ravi Acharya*, downloaded from http://www.banktech.com/channels/the-secrets-to-chases-mobile-success-exclusive-qanda-with-svp-ravi-acharya/d/d-id/1295205? on December 6, 2014.

8. Attached hereto as **Exhibit G** is a true and correct copy of a webpage entitled *In a Major Endorsement, Chase Adopts Mobile-Capture Technology from Mitek*, downloaded from http://digitaltransactions.net/news/story/In-a-Major-Endorsement_-Chase-Adopts-Mobile-... on December 2, 2014.

9. Attached hereto as **Exhibit H** is a true and correct copy of a webpage entitled *Chase Taps Mitek's Image Innovation*, downloaded from http://www.americanbanker.com/bulletins/-1033280-1.html on December 6, 2014.

10. Attached hereto as **Exhibit I** is a true and correct copy of a webpage entitled *Bank of America: Mobile Check Deposit Feature Expected to Launch Q2 2012* downloaded from

http://www.mybanktracker.com/news/2011/03/07/bank-america-milble-check-deposit-feature-expected-launch-q2-2012/ on December 6, 2014.

11. Attached hereto as **Exhibit J** is a true and correct copy of a webpage entitled *Mitek Signs BofA, Capital One for its Mobile Check-Deposit Technology*, downloaded from http://www.paymentssource.com/news/mitek-signs-bofa-capital-one-mobile-deposit-3006174-1.html on December 6, 2014.

12. Attached hereto as **Exhibit K** is a true and correct copy of a webpage entitled *Bank of America Fumbles with New Deposit App*, downloaded from http://wallstcheatsheet.com/stocks/bank-of-america-fumbles-with-new-deposit-app.html/ on December 6, 2014.

13. Attached hereto as **Exhibit L** is a true and correct copy of a webpage entitled *Remote Deposit Goes Mobile*, downloaded from http://www.treasuryandrisk.com/2012/06/18/remote-deposit-goes-mobile on December 6, 2014.

14. Attached hereto as **Exhibit M** is a true and correct copy of a webpage entitled *Mobile Check Deposit Developer*, downloaded from https://www.linkedin.com/jobs2/view/9862078 on December 6, 2014.

15. Attached hereto as **Exhibit N** is a true and correct copy of a webpage entitled *Remote deposit capture is tipping point to mobile banking profitability: panelist*, downloaded from http://www.mobilecommercedaily.com/remote-deposit-capture-tipping-point-to-mobile-banking-profitability-panelist on December 6, 2014.

16. Attached hereto as **Exhibit O** is a true and correct copy of a webpage entitled *Citibank Launches Mobile Check Deposit Nationwide*, downloaded from

http://www.mybanktracker.com/news/2012/02/24/citibank-launches-mobile-check-deposit-nationwide/ on December 6, 2014.

17. Attached hereto as **Exhibit P** is a true and correct copy of a webpage entitled *Farzaneh Poorjabar*, downloaded from https://www.linkedin.com/in/farzanehpoorjabar on December 6, 2014.

18. Attached hereto as **Exhibit Q** is a true and correct copy of a webpage entitled *New York State Senior Front End Developer jobs at Citi*, downloaded from http://jobs.citi.com/new-york-state/marketing/jobid5972546-senior-front-end-developer-jobs on December 6, 2014.

19. Attached hereto as **Exhibit R** is a true and correct copy of a webpage entitled *Wells Fargo rolls out mobile deposit*, downloaded from http://www.bizjournals.com/sanfrancisco/blog/2012/06/wells-fargo-mobile-deposit-chase-bank.html?page=all on December 6, 2014.

20. Attached hereto as **Exhibit S** is a true and correct copy of a webpage entitled *Wells Fargo Mobile® Banking Turns 5*, downloaded from https://www.wellsfargo.com/about/press/2012/20120724_WellsFargoMobileBanking/ on December 6, 2014.

21. Attached hereto as **Exhibit T** is a true and correct copy of a webpage entitled *Wells Fargo Begins Rollout of Mobile Check Deposit*, downloaded from http://www.mybanktracker.com/news/2012/05/31/wells-fargo-begins-rollout-mobile-check-deposit/ on December 6, 2014.

22. Attached hereto as **Exhibit U** is a true and correct copy of an email between Andrew M. Howard and David Gann dated November 18-19, 2014.

23. Attached hereto as **Exhibit V** is a true and correct copy of Delaware Secretary of State records for Mitek and each of the Bank Defendants downloaded from https://delecorp.delaware.gov/tin/controller dated December 4, 2014.

I declare under penalty of perjury that the foregoing is true and correct this 8th day of December, 2014, in Dallas, Texas.

*/s/Andrew M. Howard*
Andrew M. Howard