IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 14-617-GMS |
| MITEK SYSTEMS, INC., JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, N.A. | ) ) ) ) ) | |
| Defendants | ) ) ) | |
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 14-1142-GMS |
| BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., and MITEK SYSTEMS, INC. | ) ) ) ) | |
| Defendants. | ) ) ) | |
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 14-1143-GMS |
| CITIGROUP, INC., CITIBANK, N.A. and MITEK SYSTEMS, INC. | ) ) ) ) | |
| Defendants. | ) ) | |

| | ) | |
|---|---|---|
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 14-1144-GMS |
| WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A. and MITEK SYSTEMS, INC. | ) ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

WHEREAS, on September 9, 2016, the plaintiff, Rothschild Mobile Imaging Innovations, LLC ("RMII"), filed a Motion to Dismiss (D.I. 81.) and Opening Brief in Support of its Motion to Dismiss seeking voluntary dismissal of its remaining claims;

WHEREAS, on September 21, 2016, the defendants, Mitek Systems, Inc. and its customers JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Bank of America Corp., Bank of America N.A., Citigroup, Inc., Citibank N.A., and Wells Fargo & Co., Wells Fargo Bank N.A., filed a Response in Opposition to the Plaintiff's Motion to Dismiss (D.I. 83.);

WHEREAS, on September 28, 2016, RMII filed a Reply in Support of its Motion to Dismiss (D.I. 85.);

WHEREAS having considered RMII's Motion to Dismiss, the parties' submissions in connection with the motion to dismiss, and the relevant law, the court concludes that RMII's motion to dismiss should be granted with prejudice;

IT IS HEREBY ORDERED that RMII's Motion to Dismiss is GRANTED WITH PREJUDICE.

Dated: September 15, 2017

UNITED STATES DISTRICT JUDGE